Submitted June 12, reversed and remanded July 9, 2008

Theresa SHIPLEY,
as Personal Representative of the Estate of
Paul Shipley, deceased,
*Plaintiff-Appellant,*

*v.*

CITY OF SALEM,
a political subdivision of the State of Oregon,
*Defendant-Respondent.*

Marion County Circuit Court
05C13151; A132834

188 P3d 468

Brady Mertz filed the brief for appellant.

Aaron D. Felton, Assistant City Attorney, filed the brief for respondent. With him on the brief was City of Salem Legal Department.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Rosenblum, Judge.

PER CURIAM

Reversed and remanded. *Baker v. City of Lakeside*, 343 Or 70, 164 P3d 259 (2007).